1238

No. 87–6837. SPENCER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6850. GREENE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 87–6861. RUSH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6884. FELTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6890. REIDT v. UNITED STATES; and
No. 87–6945. GEURIN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–6898. JUSTICE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–6937. ROBINSON v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 87–6951. RACHALS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 87–6960. RAUSER v. FREEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT CAMP HILL, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–6961. STRICKLAND v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 87–6967. CORTEZ v. HOKE, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 87–6970. JACKSON v. CLEVELAND STATE UNIVERSITY. C. A. 6th Cir. Certiorari denied.

No. 87–6972. HICKS v. LOFFREDO ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–6973. DANIELS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.